AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 23, 2024
SEAN F. McAVOY, CLERK

KENNETH J. MOORE,
*Plaintiff*
v.
JOHN AND JANE DOE(S) nursing staff at Washington State Penitentiary's Health Services Building, PAC SIR REYES, DR. RICHARD L. HENDERSON, DR. TIMOTHY G. CAUDILL, PA JOSHUA WICKS, RN RACHELLE A. MOORE, RN ERICA A. POWELLE, RN MEGHAN E. DESMOND, and CORRECTION OFFICERS JANE/JOHN DOE(S),
*Defendant*

Civil Action No. 4:23-cv-05142-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:    The First Amended Complaint, ECF No. 7, is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice

Date: 1/23/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams